| | |
|---|---|
| **LAW OFFICES OF NOLAN KLEIN, P.A.** | **ATTORNEYS & COUNSELORS** |

112 W. 34TH STREET, SUITE 1800
NEW YORK, NY 10120
PH: (646) 560-3230

5550 GLADES ROAD, SUITE 500
BOCA RATON, FL 33431
PH: (954) 745-0588

www.nklegal.com

Nolan Klein, Esq.
klein@nklegal.com

November 11, 2022

**VIA ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application **GRANTED** in part.  Defendant's deadline to answer or otherwise respond to the Complaint is extended to **December 12, 2022**.  The request to adjourn the conference scheduled for November 30, 2022, at 4:00 P.M. is DENIED.
>
> Dated: November 14, 2022
> New York, New York
>
> *LORNA G. SCHOFIELD*
> **UNITED STATES DISTRICT JUDGE**

  Re: *Carrico v. Voltage Supply, LLC*
     SDNY Case No.: 1:22-cv-08189

Dear Judge Schofield,

  This office represents the Defendant, Voltage Supply, LLC, in the above-captioned matter. We have just been retained by Defendant and require additional time to file a responsive pleading. As such, Defendant respectfully requests that Your Honor grant us a thirty (30) day extension of time in which to properly review, analyze, and respond to Plaintiff's Complaint through and including December 12, 2022.

  A telephonic conference is scheduled for November 30, 2022, at 4:00 p.m. with the joint letter and proposed civil case management plan and scheduling order being due on November 23, 2022. As such, Plaintiff respectfully requests that this Court adjourn the conference to an alternate date and time after the response to the Complaint will be due. This is our first request for an adjournment of this conference, and the request will not prejudice any parties or affect any other scheduled dates. Counsel for Plaintiff consents to the relief requested herein for the extension of time and the adjournment of the conference.

  We thank the Court for your time and consideration in this matter.

              Respectfully Submitted,

              **Law Offices of Nolan Klein, P.A.**

              By: */s/ Nolan K. Klein*
                 NOLAN K. KLEIN

NKK/amd
cc: Justin Nematzadeh, Esq. (via ECF)