UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                     :
  JOYCE CARRICO,                                     :
                                   Plaintiff,        :
                                                     :                22 Civ. 8189 (LGS)
                      -against-                      :
                                                     :                    ORDER
  VOLTAGE SUPPLY, LLC,                               :
                                   Defendant.        :
                                                     :
----------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the initial pretrial conference in this matter is scheduled for November 30,

2022;

        WHEREAS, no significant issues were raised in the parties' joint letter or proposed case

management plan.  It is hereby

        **ORDERED** that the November 30, 2022, initial pretrial conference is **cancelled**.  If the

parties believe that a conference would nevertheless be useful, they should inform the court

immediately so the conference can be reinstated.  The case management plan and scheduling

order will issue in a separate order.  The parties' attention is particularly directed to the provisions

for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final

conference and setting of a trial date.  It is further

        **ORDERED** that if Defendant seeks to file a motion to dismiss, it shall file a pre-motion

letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

        **ORDERED**, regarding settlement discussions, if and when the parties are ready to

proceed with a settlement conference with the assigned Magistrate Judge or mediation in the

Court's mediation program, they shall file a joint letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and

expert discovery absent compelling circumstances.

Dated: November 28, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2