UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JOYCE CARRICO, on behalf of herself and all others similarly situated,

                Plaintiff,

vs.

VOLTAGE SUPPLY, LLC,

                Defendant.

---------------------------------------------------------------x

Case No.: 1:22-cv-08189-LGS

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Joyce Carrico hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant Voltage Supply, LLC.

DATED:  December 5, 2022        **NEMATZADEH PLLC**

                                                          /s/ Justin S. Nematzadeh

Justin S. Nematzadeh
101 Avenue of the Americas, Suite 909
New York, NY 10013
Tel: 646-799-6729
E-mail: jsn@nematlawyers.com

*Attorney for Plaintiff*